SMTC Corp. v ICM Controls Corp.
2026 NY Slip Op 03597
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

SMTC CORPORATION, PLAINTIFF-APPELLANT,
v
ICM CONTROLS CORP., DEFENDANT-RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
521 CA 25-01181
Present: Lindley, J.P., Montour, Ogden, Nowak, And Delconte, JJ.

WILK AUSLANDER LLP, NEW YORK CITY (SCOTT J. WATNIK OF COUNSEL), FOR PLAINTIFF-APPELLANT.
LIPPES MATHIAS LLP, BUFFALO (TESSA R. SCOTT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered April 11, 2025. The order denied plaintiff's motion to dismiss defendant's counterclaims.
[*1]
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 18, 2026,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court